

# COZEN
# O'CONNOR

A PROFESSIONAL CORPORATION

277 PARK AVENUE    NEW YORK, NY 10172    212.883.4900    888.864.3013    212.986.0604 FAX    www.cozen.com

February 12, 2013

**VIA ECF**

**Michael C. Schmidt**
Member
Direct Phone 212.453.3937
Direct Fax    866.736.3682
mschmidt@cozen.com

Honorable William D. Wall
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

Re:   **Mendez v. U.S. Nonwovens Corp. et al.**
      **Case No. 12-CV-5583 (ADS) (WDW)**

Dear Judge Wall:

We represent the Defendants in the above-referenced action, and respectfully write to request a brief adjournment of the initial conference, which has been scheduled for Wednesday, February 20, 2013. Plaintiffs' counsel has consented to this request.

I will be traveling out of the country beginning this Thursday February 14th, and will be returning to my office on Monday February 25th. As a result, I will not be able to attend a conference on February 20th, and I am the only attorney in my firm working with my clients on this matter. In the meantime, I am in the process of speaking with Plaintiffs' counsel to determine whether we can agree to the Court's proposed scheduling order (thereby obviating the need for an initial conference), or, alternatively, about a possible request to refer this case to mediation and for a slight alteration of the schedule to accommodate a mediation.

We hope to advise the Court as soon as I am back to the office, but in the meantime I certainly wanted to at least request an adjournment of the February 20th conference before I left this Thursday. Subject to the Court's schedule, we are available for an adjourned initial conference date on March 4, 5, 6, 13, 14, 15.

Honorable William D. Wall
February 12, 2013
Page 2

---

Thank you very much for your attention to this matter.

Respectfully yours,

COZEN O'CONNOR

By:     Michael C. Schmidt

cc:     Steven John Moser, Esq.  (via ECF)