**STEVEN J. MOSER, P.C.**
Steven John Moser (SM6628)
3 School Street, Suite 207B
Glen Cove, New York  11542
Telephone (516) 671-1150
Fax: (516) 882-5420

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Efrain Danilo Mendez a/k/a Efrain D. Mendez-Rivera, Aldraily Alberto Coiscou, Fernando Molina a/k/a Jorge Luis Flores Larios, Siryi Nayrobik Melendez, Rene Alexander Oliva, Juan Flores-Larios, Ramiro Cordova, and Daniel Sante, individually and on behalf of all others similarly situated, | 12-CV-5583 (ADS)(WDW) |
| Plaintiffs, | **MOTION FOR LEAVE TO AMEND COMPLAINT** |
| -*against*- | |
| U.S. Nonwovens Corp., Samuel Mehdizadeh a/k/a Solomon Mehdizadeh,  Shervin Mehdizadeh Mehdizadeh, and Rody Mehdizadeh, | |
| Defendant. | |

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiffs' Motion to Amend the Complaint, and the proposed First Amended Complaint annexed thereto as Exhibit A and dated August 28, 2013, Plaintiffs will move this Court, before the Honorable William D. Wall, United States Magistrate Judge, pursuant to Rules 15 and 21 of the Federal Rules of Civil Procedure, on a date to be set by the Court, for an order permitting the service and filing of the First Amended Complaint.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) of the Eastern District of New York, answering papers, if any, are to be served two weeks after receipt of the moving papers on this motion, with reply papers, if any, to be served one week later.

Dated: August 28, 2013
 Glen Cove, New York

                        **STEVEN J. MOSER, P.C.**

                        By: _____
                        Steven John Moser (SM6628)
                        3 School Street, Suite 207B
                        Glen Cove, New York  11542
                        Telephone (516) 671-1150
                        Fax: (516) 882-5420