UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EFRAIN DANILO MENDEZ, et al.                       Case No.: 12-cv-5583

                                             Plaintiffs,

                                                                **ORDER TO SHOW CAUSE**

                -against-

                                                                   Hon. Steven I. Locke, USMJ

U.S. NONWOVENS CORP., et al.

                                             Defendants.

Upon the declaration of Steven John Moser, sworn to on April 29, 2016 and the exhibits annexed thereto, it is

ORDERED, that ADP, LLC, show cause before this Court, at Courtroom 820, United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, on _____, at _____ o'clock a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 45(g) of the Federal Rules of Civil Procedure, holding ADP, LLC in contempt of court for failure to obey the subpoenas dated February 5, 2016 and April 6, 2016, and awarding costs and fees to the Plaintiff associated with this motion; and

IT IS FURTHER ORDERED ordered that the Plaintiff shall serve a copy of this order, together with the papers upon which it is granted, upon ADP, LLC via email to alice.quinn@adp.com and nancy.pennella@adp.com and via certified mail on or before _____, and that such service be deemed good and sufficient service.

                                                    SO ORDERED:

                                                    _____