

# MOSER LAW FIRM, P.C.
### WORKERS' RIGHTS ATTORNEYS

STEVEN J. MOSER, ESQ.　　　　　　3 SCHOOL STREET, SUITE 207B　　　　　　TEL (516) 671.1150
smoser@moseremploymentlaw.com　　　GLEN COVE, NEW YORK 11542　　　　　FAX (516) 882-5420

April 5, 2019

VIA ECF

Hon. Steven I. Locke, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11747

RE:　*Mendez, et al. v. US Nonwovens, et al.*, 12-cv-5583

Dear Judge Locke:

    I represent the plaintiffs in the above referenced action. Today is the current deadline for submission of the motion for preliminary approval of the class settlement. I request until April 19, 2019 to submit a fully executed settlement agreement and motion for preliminary certification. The basis for this request is that I have been intermittently called out of the office to attend to personal matters since the beginning of February. Counsel for the defendants has consented to this request.

                                           Respectfully submitted,

                                           Steven John Moser