| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 1/27/2020<br>TIME: 10:30 am |

CASE:  **CV 12-5583(SIL) Mendez v. US Nonwovens**

| | |
|---|---|
| TYPE OF CONFERENCE:   STATUS | FTR: 10:25-10:29 |

APPEARANCES:
   For Plaintiff:   Steven Moser

   For Defendant: Michael Schmidt

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   Status conference and motion hearing held. Docket entry, [253] has been granted for the reasons set forth on the record.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

          5/1/2020 at 11:00 am          : Status conference


                              SO ORDERED

                               /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge