| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE <br>           U.S. MAGISTRATE JUDGE | DATE:  5/1/2020 <br> TIME:   11:00 am |

CASE:  **CV 12-5583 (SIL) Mendez et al v. U.S. Non Wovens Corp. et al**

TYPE OF CONFERENCE:    MOTION            FTR: 11:10-11:14

APPEARANCES:
   For Plaintiff:   Steven Moser

   For Defendant: Michael Schmidt

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   Status conference held.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   6/24/2020 at 10:00 am           : Tele-Status conference/Oral Argument

**Parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt.**

                              SO ORDERED

                              /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge