

July 24, 2020

**Michael C. Schmidt**
Member
Direct Phone   212-453-3937
Direct Fax       866-736-3682
mschmidt@cozen.com

**VIA ECF**

Honorable Steven I. Locke
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: **Mendez v. U.S. Nonwovens Corp. et al.
       Case No. 12-CV-5583 (SIL)**

Dear Judge Locke:

  As you may recall, we represent the Defendants in the above-referenced matter, and hope that you, your family, and your colleagues have remained safe and healthy.

  By Electronic Order on June 23, 2020, Your Honor directed the parties to file a joint status report by today. In that regard, we received a signed settlement agreement from Plaintiffs this past Monday (7/20) and are now in the process of having the corporate and individual Defendants sign the agreement from different locations. In addition, both sides are finalizing the last remaining comments to Plaintiffs' intended motion for preliminary approval. The parties need an additional week to conclude both of these remaining items, and anticipate that Plaintiffs' counsel will be able to electronically file the motion for preliminary approval with the Court, which will include a fully-executed settlement agreement, by Monday, August 3rd.

  Thank you very much for your consideration.

            Respectfully yours,

            COZEN O'CONNOR

            /s/ Michael C. Schmidt

            By: Michael C. Schmidt

cc:  Steven Moser, Esq.  (via ECF)