

ATA Member ID: 217219

# CERTIFICATE
## OF TRANSLATION

Aug 3, 2020

To: Whom it may concern,

Subject: Order #27293: Translation of NOTICE OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT for Steven Moser from English to Spanish.

We Languex LLC, a professional translation company, hereby certify that the above mentioned document(s) have been translated by experienced and qualified professional translators and that, in our best judgment the translated text truly reflects the content, meaning, and style of the original text and constitute in every aspect a correct and true translation of the original document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document or that the statements contained in the original document are true. Further Languexx.com, Inc. assumes no liability for the way in which translation is used by the customer or any third party, including end user of the translation.

A copy of the translation is attached to this certification.

*E. Akbari (signature)*

Ebad Akbari
Managing Director
Languex LLC

**Languex Translation LLC.**
Certified Translation
Ohio Entity Number: 3996025
ATA Member ID: 217219

I, **Alexis Melendez** am competent to translate from **English to Spanish** and certify that the translation of the attached **"NOTICE OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT for Steven Moser"** with the order number **#27293** is true and accurate to the best of my abilities.

*Alexis Melendez (signature)*

_____

**Alexis Melendez**
Translator
Languex Translation LLC
Dated: 08/03/2020

**AVISO DE ACUERDO DE DEMANDA
COLECTIVA PROPUESTO**

*Méndez contra U.S. Nonwovens Corp.,* Proceso Civil No. 12-CV-5583
Tribunal de Distrito de los Estados Unidos del Distrito Este de Nueva York

*INSERTAR FECHA*

**DIRIGIDO A LOS EMPLEADOS Y EXEMPLEADOS NO EXENTOS CONTRATADOS POR USN EN EL ESTADO DE NUEVA YORK DESDE EL 14 DE NOVIEMBRE DE 2006, QUE NO RECIBIERON EL PAGO CORRESPONDIENTE POR HORAS EXTRA**

Este aviso es para informarle sobre un acuerdo de demanda colectiva propuesto en el caso *Méndez vs U.S. Nonwovens Corp.*, Proceso Civil No. 12-CV-5583, pendiente en el Tribunal de Distrito de los Estados Unidos del Distrito Este de Nueva York.

Usted está recibiendo esta notificación debido a que se cree que usted fue empleado no exento de U.S. Nonwovens Corp. ("USN") y no recibió el pago por horas extra durante el período de tiempo correspondiente a esta demanda colectiva. Esto lo convertiría en "Demandante colectivo" con el único propósito de llegar a un acuerdo y así recibir un pago en virtud de dicho acuerdo.

Este aviso resume el acuerdo logrado en esta demanda colectiva y explica lo que usted debe hacer para recibir el pago que corresponda. Usted tiene tres opciones:

| SUS OPCIONES | |
|---|---|
| PRESENTAR UN FORMULARIO DE RECLAMO | Si completa y envía el formulario adjunto antes del _____, recibirá una parte del dinero obtenido en el acuerdo cuyo monto será calculado con una fórmula que toma en cuenta, entre otras cosas, el tiempo que trabajó en US Nonwovens. Asimismo, renunciará al derecho de demandar a US Nonwovens y a los acusados por separado por violaciones de las leyes salariales federales y del Estado de Nueva York. |
| NO HACER NADA | Si decide no hacer nada, no recibirá ninguna parte del dinero obtenido en el acuerdo. Asimismo, también renunciará al derecho de demandar a US Nonwovens y a los acusados por separado por violaciones de las leyes salariales del Estado de Nueva York. |
| SOLICITAR SU EXCLUSIÓN DEL ACUERDO | Si solicita ser excluido, no recibirá ninguna parte del dinero obtenido en el acuerdo. Sin embargo, conservará el derecho de demandar a US Nonwovens por separado por violaciones de las leyes salariales federales y del Estado de Nueva York. |

**Languex Translation LLC.**
**Certified Translation**                    1 | A v i s o  d e  A c u e r d o
**Ohio Entity Number: 3996025**
**ATA Member ID: 217219**

### 1. ¿De qué se trata la demanda?

Los cinco empleados que iniciaron este caso en 2012 presentaron demandas en su nombre y en el nombre de otros empleados no exentos. Alegaron que USN violó la Ley de Normas Laborales Justas (FLSA) y la Ley del estado de Nueva York al negarles ciertos pagos por todas las horas extra que trabajaron sobre las 40 horas por semana, así como el pago por horas repartidas.

USN niega haber violado las leyes federales y estatales, y afirma que los trabajadores implicados no tienen derecho a pagos adicionales y que, de lo contrario, se les ha pagado correctamente todos los salarios adeudados. Sin embargo, las partes han llegado a este acuerdo para resolver los reclamos presentados en la demanda sin la necesidad de más litigios.

### 2. ¿Qué se obtiene del acuerdo?

El monto total obtenido en el acuerdo propuesto es de $ 1.200.000,00. Sujeto a la aprobación del tribunal, un tercio del acuerdo total (es decir, $ 400.000,00) será usado para el pago de los honorarios de los abogados y una cantidad adicional será usada para pagar los costos incurridos por los abogados de los demandantes al iniciar y dar continuidad al proceso legal, así como al hacer efectivo el acuerdo colectivo. También se realizarán pagos de incentivos a cada uno de los demandantes principales que iniciaron las demandas. El balance del fondo del acuerdo será distribuido entre las personas que presenten reclamos para participar en el acuerdo.

El balance del fondo del acuerdo se distribuirá en función del número de semanas trabajadas para USN durante el período colectivo correspondiente. Si el Tribunal aprueba el acuerdo, solo los participantes de la demanda que presenten reclamos recibirán sus pagos provenientes del acuerdo. Los fondos restantes no reclamados serán devueltos a USN.

### 3. ¿Cómo puedo recibir una parte del dinero obtenido en el acuerdo?

Si desea participar en el acuerdo y recibir un cheque, debe completar y firmar el formulario para presentación de reclamo del acuerdo adjunto y enviarlo por correo al Administrador de reclamos del acuerdo en el sobre adjunto antes del _____. Todos los participantes de la demanda que presenten reclamos antes del _____ recibirán sus cheques provenientes del acuerdo, suponiendo la aprobación oportuna del tribunal. Si no devuelve oportunamente el formulario para presentación de reclamos adjunto, no se le permitirá participar en el acuerdo y no recibirá un pago consecuente.

### 4. ¿Cómo puedo retirarme del acuerdo?

Para retirarse (excluirse) del acuerdo, debe enviar una declaración al Administrador de reclamos del acuerdo en el sobre adjunto que dice "Elijo excluirme del acuerdo". Indique su nombre y dirección en la declaración. Una solicitud de exclusión voluntaria del acuerdo debe estar matasellada por _____, para que sea válida.

Si el Tribunal da su aprobación y usted no se retira ("excluye") del acuerdo antes del _____, estará renunciando y retirando todos los reclamos legales que tiene contra USN y los otros acusados de la demanda que están de alguna manera relacionados al supuesto

incumplimiento por parte de USN para el pago de cierta cantidad de dinero según las leyes salariales estatales o locales, independientemente de si recibe un cheque proveniente del acuerdo.

### 5. ¿Cómo puedo objetar el acuerdo?

Si no se excluye del acuerdo, puede objetar al acuerdo. Para objetar, debe enviar una declaración por escrito al Administrador del acuerdo en el sobre adjunto a más tardar el _____, indicando "Elijo objetar" y explicando los motivos de su objeción. Indique su nombre y dirección en la declaración.

### 6. ¿Habrá una audiencia en el tribunal?

Sí, habrá una audiencia en el tribunal el _____ de 2020, a las _____ am./pm., en la Sala ___ del Tribunal de Distrito de los Estados Unidos del Distrito Este de Nueva York, Edificio Federal, _____. Usted puede asistir a esta audiencia, pero no está obligado a hacerlo.

En la audiencia, el Tribunal considerará si aprueba o no este acuerdo. Si el tribunal aprueba el acuerdo, usted estará vinculado al mismo a menos que decida optar por la exclusión.

### 7. ¿Cómo obtener más información?

Este aviso es solo un resumen de la demanda, el acuerdo y los temas relacionados a este. Para más información sobre el acuerdo o si tiene alguna pregunta con respecto al mismo, puede leer los documentos del caso en la oficina del Secretario del tribunal o puede contactar al Administrador de reclamos del acuerdo en:
_____

También puede contactar al abogado encargado del acuerdo en:

> Moser Law Firm, P.C.
> 5 E. Main Street
> Huntington, NY  11743
> 631-759-9669
> steven.moser@moserlawfirm.com

[Adjunto]

Fecha: _____, 2020

**Languex Translation LLC.**
**Certified Translation**
**Ohio Entity Number: 3996025**
**ATA Member ID: 217219**