| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

| | |
|---|---|
| BEFORE: STEVEN I. LOCKE<br>          U.S. MAGISTRATE JUDGE | DATE: 9/16/2020<br>TIME:  10:00 am |

CASE:  **CV 12-5583 (SIL) Mendez et al v. U.S. Nonwovens Corp. et al**

TYPE OF CONFERENCE:  MOTION          FTR:

APPEARANCES:
  For Plaintiff:   Steven Moser

  For Defendant: Michael Schmidt

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒  Other: The parties' joint motion for preliminary approval of the settlement of the class action, DE [261], is granted for the reasons set forth on the record.  The Fairness Hearing will be held by audio conference on Wednesday, February 24, 2021 at 10:00am.  The class notice will be revised to explain that the conference will be held by phone with the Court's phone number and access code. The parties are reminded that any motion for final approval of the settlement will include a Cheeks motion on behalf of the named Plaintiffs.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

    2/24/21 at 10:00 am            : Fairness Hearing
**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                              SO ORDERED

                              /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge