FILED
CLERK

2:30 pm, Mar 30, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Efrain Danilo Mendez a/k/a Efrain D. Mendez-Rivera, Aldraily Alberto Coiscou, Fernando Molina a/k/a Jorge Luis Flores Larios, Siryi Nayrobik Melendez, Rene Alexander Oliva, Juan Flores Larios and Ramiro Cordova, individually and on behalf of all others similarly situated,

                              Plaintiffs,

- against -

U.S. Nonwovens Corp., Samuel Mehdizadeh a/k/a Solomon Mehdizadeh, Shervin Mehdizadeh, and Rody Mehdizadeh,

                              Defendants.

Case No. 12-CV-05583 (SIL)

## ORDER GRANTING ASSENTED-TO MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

Based on the declaration of Steven J. Moser dated March 23, 2021 and the memorandum of law dated March 23, 2021, and the parties having appeared before the Court for a Fairness Hearing on March 30, 2021 and having received no objections to the parties' Class and Collective Action Settlement Agreement submitted to the Court on August 3, 2020 ("Settlement Agreement"), Plaintiffs' assented-to motion for final approval of the parties' Settlement Agreement is GRANTED, and the Court hereby:

1. Grants final approval of the Settlement Agreement; and

2. Certifies the following settlement class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the parties' settlement:

> all non-exempt workers employed by USN in the State of New York at any time from November 14, 2006 to the date of preliminary approval of this Agreement who were not paid a spread-of-hours premium pursuant to 12 NYCRR §142-2.4.

**SO ORDERED:**

/s/ STEVEN I, LOCKE
_____
**U.S.M.J.**

**Dated:** March 30, 2021
_____